**O**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY J. LOIBLE,<br><br>          Petitioner,<br><br>   v.<br><br>CDCR AND CAL. BD. OF PAROLE HEARINGS,<br><br>          Respondents. | CASE NO. ED CV 14-00634-VBF (RZ)<br><br>ORDER OVERRULING PETITIONER'S OBJECTIONS and ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

      Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, and the Report and Recommendation of United States Magistrate Judge. Further, the Court has engaged in a <u>de novo</u> review of those portions of the Report to which Petitioner and Respondent have objected.

      In his objections, Petitioner faults the magistrate judge for blindly accepting as true the allegations in Respondent's motion to dismiss. (Objections at 3.) Petitioner further complains that, based on Respondent's motion to dismiss, the magistrate judge had no way of knowing whether Petitioner's three state habeas petitions challenging the Board of Prison's parole eligibility determination were rejected on their merits or on procedural grounds. (*Id.* at 5.) And, according to Petitioner, no state court has adjudicated his claims on the merits. (*Id.* at 7.) Citing these purported facts, Petitioner contends that the Court should reject the magistrate judge's recommendation and, instead, order that a hearing be

1 conducted concerning the merits of his challenges to the Board's parole eligibility
2 determination.
3     Petitioner's objections are not well-taken.  Each of Petitioner's claims for relief,
4 save one, involves legal challenges to the Board's parole eligibility determinations that
5 have been soundly rejected by either the Ninth Circuit or the Supreme Court.
6 Consequently, the result as to those claims would be the same whether the Court applies
7 the deferential standard of the Anti-Terrorism and Effective Death Penalty Act (28 U.S.C.
8 § 2254) or if the Court addresses those claims *de novo.*  As to the one claim that has not
9 been soundly and conclusively rejected by the Ninth Circuit or Supreme Court – namely,
10 Petitioner's ex post facto Challenge to California's Proposition 9 – the on-going class
11 action litigation in *Gilman v. Fisher*, No. CV 05-00830-LKK (GGH) (E.D. Cal.) requires
12 this Court to dismiss the claim without prejudice.  (*See* R&R at 8-9.)
13     In sum, none of Petitioner's objections is meritorious.

15     Petitioner's objections are **OVERRULED**.
16     The Report and Recommendation is **ADOPTED**.
17     Petitioner's Ex Post Facto challenge to Proposition 9 is **dismissed without**
18 **prejudice**.
19     The remainder of the petition is **denied and dismissed *with* prejudice**.
20     As required by Fed. R. Civ. P. 58(a), final judgment will be issued by separate
21 document.

23 Dated:   October 22, 2014

                                          *Valerie Baker Fairbank*
                                          _____
                                          VALERIE BAKER FAIRBANK
                                          Senior United States District Judge

- 2 -