**O**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY J. LOIBLE, | CASE NO. ED CV 14-00634-VBF (RZ) |
| Petitioner, | |
| v. | FINAL JUDGMENT |
| CDCR AND CAL. BD. OF PAROLE HEARINGS, | |
| Respondents. | |

Pursuant to this Court's contemporaneously issued Order Overruling Petitioner's Objections and Accepting Findings and Recommendation of the United States Magistrate Judge, final judgment is hereby entered in favor of the respondents and against the petitioner.

Dated: October 22, 2014

*Valerie Baker Fairbank*

VALERIE BAKER FAIRBANK
Senior United States District Judge